NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7149

ALICCIA VOSS,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 06-0786, Judge Bruce E. Kasold.

ON MOTION

O R D E R

The court treats Aliccia Voss's letter as a motion for an extension of time to file her brief.

The court notes that Voss's appeal was dismissed on February 11, 2009 for failure to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion will be granted, the mandate will be recalled, the dismissal order will be vacated, and the petition for review will be reinstated, if Voss files her brief within 30 days of the date of filing of this order.

FOR THE COURT

MAR 0 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 09 2009

JAN HORBALY
CLERK

cc:   Aliccia Voss (informal brief form enclosed)
     David F. D'Alessandris, Esq.

s20

2008-7149          -2-